# JAVERBAUM ✍W WURGAFT
## HICKS KAHN WIKSTROM & SININS, P.C.

**GINA M. SORGE, ESQ.**
PARTNER

gsorge@lawjw.com

**103 EISENHOWER PARKWAY**
**SUITE 401**
**ROSELAND, NJ  07068**
**Phone: (973) 403-9000**
**Fax: (973) 403-9021**
**WWW.LAWJW.COM**

**WRITER'S DIRECT LINE:**
(973) 228-6758

April 27, 2026

**_Via ESF:_**
Honorable Jessica S. Allen, J.S.C.
United States Magistrate Judge
Martin Luther King, Jr. Federal Building U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> RE: **Lvling Lishi Linglong Elec. Trade Co. Ltd. et al. v. Wu**
> **Civil Action No.: 25-4327 (ES)(JSA)**
> **March 9, 2026 Letter Order**
> **Request for an Extension to Serve Summons and Complaint Upon**
> **Defendant**

Dear Judge Allen:

Please be advised that this office and Matthew De Preter, Esq., admitted _pro hac vice_, represent the Plaintiff's in the above-entitled matter. On September 11, 2025, Plaintiffs renewed its Motion for an order to permit electronic service of process pursuant to Fed. R. Civ. P. 4(f)(3).

On March 9, 2026, Your Honor granted Plaintiffs' Motion and further directed Plaintiffs to effectuate service of the Summons and Complaint upon the Defendant by email and publishing copies of the Summons and Complaint on a website. The Order further directed Plaintiffs to effectuate service and file proof of service on or before March 31, 2026.

On March 10, 2026, Notice of the electronic filing of the March 9, 2026 Letter Order was posted. Notice was also sent to me at the email address _ddrasco@lumlaw.com_. We understand that Notice of the entry of the Order was not provided to Mr. De Preter.

Kevin J. O'Connor, Esq. assisted me in this matter until his recent elevation to a

Honorable Jessica S. Allen, J.S.C.
April 27, 2026
Page 2

Judge in the Superior Court of New Jersey. Gina M. Sorge, Esq. is now providing me assistance on this matter. Due to an oversight on my part, Mr. De Preter and Ms. Sorge did not receive a copy of the Letter Order or otherwise had an opportunity to review the directives contained therein until late last week.

I respectfully request that the Court permit the Plaintiffs to immediately effectuate service of the Summons and Complaint by email and by publication as directed in the March 9, 2026 Letter Order and permit the Plaintiffs to provide proof of service on or before May 15, 2026 or the date Your Honor deems appropriate.

Respectfully submitted,

JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

/s  Dennis J. Drasco
Dennis J. Drasco, Esq.
A Partner of the Firm

GMS/gc
cc: Gina M. Sorge, Esq.
    Matthew De Preter, Esq. (via ECF and email)

        **SO ORDERED**

/S/ Jessica S. Allen
Jessica S. Allen, U.S.M.J.

#2018579v1