UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Case No. 25-cv-04327-ES-JSA

LVLIANG LISHI LINGLONG ELECTRONIC
TRADE CO. LTD., *et al.*,

                    Plaintiffs,

-vs-

JUNPENG WU,

                    Defendant.

*Document Filed Electronically*

**AFFIDAVIT OF SERVICE**

To:    Office of the Clerk
        UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW JERSEY
        Martin Luther King, Jr., Federal Building & U.S. Courthouse
        50 Walnut Street, Room 4015
        Newark, New Jersey 07102


        1.      I hereby certify that on April 28, 2026, a true copy of the efiled Complaint, Summons, Letter Order dated March 9, 2026 and Letter Order dated April 27, 2026 were forwarded to the Defendant, Junpeng Wu, via email to the following address, which address was obtained from the Plaintiff's case file:

                yanggouyangmao@163.com

        2.      Attached as Exhibit "A" is a true copy of the email sent by Gabriella Curatola of the undersigned's office serving the documents.

        3.      I further certify that on April 23, 2026, the Defendant was served with the Summons and Complaint via publication on the website of Aronberg Goldgehn Davis & Garmisa, the office of Pro Hac Vice Counsel, Matthew De Preter, Esq., in accordance with the Court's March 9, 2026 Letter Order.

3.     Attached hereto as Exhibit "B" is a true copy of the notification sent to the Defendant by the undersigned.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

| | |
|---|---|
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C.<br>103 Eisenhower Parkway, Suite 401<br>Roseland, New Jersey 07068 | ARONBERG GOLDGEHN DAVIS & GARMISA<br>225 W. Washington St. Suite 2800<br>Chicago, IL 60606 |
| By:/s *Dennis J. Drasco*<br>    DENNIS J. DRASCO | By:  /s *Matthew De Preter*<br>        MATTHEW DE PRETER<br>        *Admitted Pro Hac Vice* |

Attorneys for Plaintiffs, Lvliang Lishi Linglong Electronic Trade Co. Ltd., *et al*

DATED:  April 29, 2026

- 2 -

Exhibit "A"

| From: | Gabriella Curatolo |
|---|---|
| To: | yanggouyangmao@163.com |
| Cc: | Gina Sorge; cdepreter@agdglaw.com; Jocelyn Cornine |
| Subject: | Lvliang Lishi Linglong Elec. Trade Co. Ltd. et al. v. Wu/Civil Action No. 25-4327 (ES) (JSA) |
| Date: | Tuesday, April 28, 2026 2:37:29 PM |
| Attachments: | Order for Service.pdf |
| | Complaint (ECF 1).pdf |
| | Summons (ECF 6).pdf |
| | Letter Order For Electronic Service (ECF 13).pdf |

*Good afternoon,*

*Per the Letter Order (ECF13), please see attached.*

*Kind regards,*

*Gabriella Curatolo*
*Paralegal/Legal Assistant*
*Gina M. Sorge Esq.*
*Robert Lipschitz, Esq.*
*Kieran DeMasi, Esq.*
*Nancy Moemen, Esq.*
*Javerbaum, Wurgaft, Hicks, Kahn, Wikstron & Sinins, P.C.*
*103 Eisenhower Parkway, Suite 401*
*Roseland, NJ 07068*
*Direct: 973-228-6782*
*Office: 973-403-9000*
*Fax: 973-403-9021*

Exhibit "B"

| | |
|---|---|
| **From:** | IP Enforcement |
| **To:** | yanggouyangmao@163.com |
| **Subject:** | Notice of Lawsuit: Lvliang Lishi Linglong Elec. Trade Co. Ltd. et al. v. Wu; Civil Action No. 25-4327 (ES) (JSA) |
| **Date:** | Thursday, April 23, 2026 5:11:43 PM |
| **Attachments:** | #006 Summons Issued to Junpeng Wu (filed 5.21.25) (4935-6575-0345.1).pdf |
| | #001 Complaint (filed 5.15.25) (4908-1333-0244.1).pdf |

Good Afternoon,

You are receiving this communication because you have been named a defendant in the matter of Lvliang Lishi Linglong Elec. Trade Co. Ltd. et al. v. Wu; Civil Action No. 25-4327 (ES) (JSA), pending in the District Court of New Jersey.

Please find attached the Complaint and Summons. These documents and other relevant pleadings can be found at the following link:
https://www.agdgenforcement.com/25cv4327.

Please be advised that you have 21 days from the date you were served with the Summons and Complaint to file an Answer with the U.S. District Court, District of New Jersey. If you are represented by an attorney, please forward this correspondence to them.

Attorneys for Plaintiff