Rachel Ann Niedzwiadek, Esq. (NJ # 419172022)
**COMBS & TAYLOR LLP**
1025 Thomas Jefferson Street NW, Suite 400W
Washington, DC 20007
Telephone: (202) 448-1008
Fax: (202) 466-0502
rachelann.niedzwiadek@combstaylor.com

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Lvliang Lishi Linglong Electronic Trade Co. Ltd., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Junpeng Wu <br><br> Defendant. | Case No. 2:25-cv-04237-ES-JSA <br><br> Magistrate Judge Jessica S. Allen <br><br> **REQUEST BY LOCAL COUNSEL FOR PRO HAC VIC ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hac vice in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: June 8, 2026

Respectfully submitted,

_____

Rachel Ann Niedzwiadek
Local Counsel for Plaintiffs

1

Pro Hac Vice Attorney Information
Matthew De Preter
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
cdepreter@agdglaw.com
(312) 755-3153
*Admitted Pro Hac Vice on Behalf of all Plaintiffs*